**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7551**

---

JEFFERY HANKINS,

Plaintiff - Appellant,

versus

JOHN JABE, Chief Warden; SHARON PALMER, Super-
visor of Food Service,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-96-378-3)

---

Submitted:  February 13, 1997        Decided:  February 27, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jeffery Hankins, Appellant Pro Se.  William W. Muse, Assistant At-
torney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) action and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hankins v. Jabe</u>, No. CA-96-378-3 (E.D. Va. Sept. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>